IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC M. SANDERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-2336-N |
| | § | |
| HAROLD H. FLANDERS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This Order addresses Defendant Flanders's motion to dismiss, or, in the alternative, to transfer venue to the Western District of Texas, Austin Division [11].  Plaintiff Sanders opposes the motion to dismiss but does not object to Flanders's request to transfer venue. Thus, the Court finds that it is in the interest of justice to transfer the case pursuant to 28 U.S.C. § 1406(a).  Accordingly, the Court grants the motion and orders that the case be transferred to the United States District Court for the Western District of Texas, Austin Division.

Signed March 18, 2010.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE